*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 02:42 PM 01/23/2015*
*FILED 02:29 PM 01/23/2015*
*SRV 150090758 - 5680276 FILE*

# KATERRA INC.

## CERTIFICATE OF INCORPORATION

### ARTICLE I: NAME

The name of the corporation is Katerra Inc.

### ARTICLE II: AGENT FOR SERVICE OF PROCESS

The address of the registered office of the corporation in the State of Delaware is 3500 South Dupont Highway, City of Dover, County of Kent, Delaware 19901. The name of the registered agent of the corporation at that address is Incorporating Services, Ltd.

### ARTICLE III: PURPOSE

The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware.

### ARTICLE IV: AUTHORIZED STOCK

The total number of shares of stock which the corporation has authority to issue is One Thousand (1,000) shares, all of which shall be Common Stock, $0.0001 par value per share.

### ARTICLE V: AMENDMENT OF BYLAWS

The Board of Directors of the corporation shall have the power to adopt, amend or repeal Bylaws of the corporation.

### ARTICLE VI: VOTE BY BALLOT

Election of directors need not be by written ballot unless the Bylaws of the corporation shall so provide.

### ARTICLE VII: DIRECTOR LIABILITY

1.  **Limitation of Liability.** To the fullest extent permitted by law, no director of the corporation shall be personally liable for monetary damages for breach of fiduciary duty as a director. Without limiting the effect of the preceding sentence, if the Delaware General Corporation Law is hereafter amended to authorize the further elimination or limitation of the liability of a director, then the liability of a director of the corporation shall be eliminated or limited to the fullest extent permitted by the Delaware General Corporation Law, as so amended.

To the fullest extent permitted by law, the corporation is authorized to provide indemnification of (and advancement of expenses to) agents of the corporation (and any other persons to which the Delaware General Corporation Law permits the corporation to provide indemnification) through Bylaw provisions, agreements with such agents or other persons, vote of stockholders or disinterested directors or otherwise, in excess of the indemnification and advancement otherwise permitted by Section 145 of the Delaware General Corporation Law, subject only to limits created by applicable Delaware General Corporation Law (statutory or non-statutory), with respect to actions for breach of duty to the corporation, its stockholders, and others.

    **2.**    **Change in Rights.** Neither any amendment nor repeal of this Article VII, nor the adoption of any provision of this Certificate of Incorporation inconsistent with this Article VII, shall eliminate, reduce or otherwise adversely affect any limitation on the personal liability of a director of the corporation existing at the time of such amendment, repeal or adoption of such an inconsistent provision.

### ARTICLE VIII: CREDITOR AND STOCKHOLDER COMPROMISES

Whenever a compromise or arrangement is proposed between the corporation and its creditors or any class of them and/or between the corporation and its stockholders or any class of them, any court of equitable jurisdiction within the State of Delaware may, on the application in a summary way of the corporation or of any creditor or stockholder thereof or on the application of any receiver or receivers appointed for the corporation under the provisions of §291 of Title 8 of the Delaware General Corporation Law or on the application of trustees in dissolution or of any receiver or receivers appointed for this corporation under §279 of Title 8 of the Delaware General Corporation Law order a meeting of the creditors or class of creditors, and/or of the stockholders or class of stockholders of the corporation, as the case may be, to be summoned in such manner as the said court directs. If a majority in number representing three-fourths in value of the creditors or class of creditors, and/or of the stockholders or class of stockholders of the corporation, as the case may be, agree to any compromise or arrangement and to any reorganization of the corporation as a consequence of such compromise or arrangement, the said compromise or arrangement and the said reorganization shall, if sanctioned by the court to which the said application has been made, be binding on all the creditors or class of creditors, and/or on all the stockholders or class of stockholders, of the corporation, as the case may be, and also on the corporation.

### ARTICLE IX: INCORPORATOR

The name and mailing address of the incorporator is Wanni Wu, c/o Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

The undersigned incorporator hereby acknowledges that the foregoing certificate is the act and deed of the undersigned and that the facts stated herein are true.

Dated: January 23, 2015

/s/ Wanni Wu
Wanni Wu, Incorporator

## STATE OF DELAWARE
## CERTIFICATE OF CHANGE OF REGISTERED AGENT
## AND/OR REGISTERED OFFICE

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1. The name of the corporation is Katerra Inc.

2. The Registered Office of the corporation in the State of Delaware is changed to 919 North Market Street, Suite 950 (street), in the City of Wilmington, County of Dover Zip Code 19801. The name of the Registered Agent at such address upon whom process against this Corporation may be served is InCorp Services Inc.

3. The foregoing change to the registered office/agent was adopted by a resolution of the Board of Directors of the corporation.

By: [signature] Authorized Officer

Name: Jennifer Stroh
     Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:00 AM 06/12/2019
FILED 10:00 AM 06/12/2019
SR 20195421317 - File Number 5680276