# State of Delaware
# Amended Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| KATERRA INC. | 2018 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 5680276 | 2015/01/23 | |

**PRINCIPAL PLACE OF BUSINESS**
2494 SAND HILL RD #100
MENLO PARK, CA 94025

**PHONE NUMBER**
(650)422-3572

**REGISTERED AGENT**
INCORPORATING SERVICES, LTD.
3500 S DUPONT HWY
DOVER DE 19901

**AGENT NUMBER**
9008413

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2015/01/23 | | COMMON | 1,000 | .0001000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| JOANNE SOLOMON | 2494 SAND HILL RD #100 MENLO PARK, CA 94025 | CFO |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| MICHAEL MARKS | 2494 SAND HILL RD #100 MENLO PARK, CA 94025 |
| JOANNE SOLOMON | 2494 SAND HILL RD #100 MENLO PARK, CA 94025 |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

**AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)**
JOANNE SOLOMON
2494 SAND HILL RD #100
MENLO PARK, CA 94025 US

**DATE**: 2019/02/06
**TITLE**: CFO