# FILING HISTORY

## ENTITY INFORMATION

**Entity Name:**

KATERRA INC.

**Entity Number:**

E0435002015-6

**Entity Type:**

Foreign Corporation (80)

**Entity Status:**

Default

**Formation Date:**

09/11/2015

**NV Business ID:**

NV20151540734

**Termination Date:**

Perpetual

**Annual Report Due Date:**

9/30/2021

**Domicile Name:**

**Jurisdiction:**

Delaware

## FILING HISTORY DETAILS

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | View |
|---|---|---|---|---|---|---|
| 09/25/2020 | 09/25/2020 | 20200935060 | Annual List | | External | 📷 |
| 08/05/2019 | 08/05/2019 | 20190080897 | Annual List | | External | 📷 |
| 06/26/2019 | 06/26/2019 | 20190274305-83 | Noncommercial Registered Agent-Statement... | | Internal | 📷 |
| 07/20/2018 | 07/20/2018 | 20180321410-52 | Annual List | | Internal | 📷 |
| 09/29/2017 | 09/29/2017 | 20170413804-40 | Annual List | | External | 📷 |
| 09/09/2016 | 09/09/2016 | 20160401772-80 | Annual List | | Internal | 📷 |
| 03/31/2016 | 03/31/2016 | 20160149095-27 | Amended List | | External | 📷 |
| 09/16/2015 | 09/16/2015 | 20150410668-83 | Initial List | | External | 📷 |
| 09/11/2015 | 09/11/2015 | 00010073057-23 | Foreign Qualification | | Internal | 📷 |

Page 1 of 1, records 1 to 9 of 9

## FILING DATE SNAPSHOT AS OF: 09/16/2015

| Business Details | Name Changes | Principal Office | Registered Agent |
|---|---|---|---|
| Officer Information | Shares | | |

No Data to display.

Back    Return to Search    Return to Results