**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

| NAME OF CORPORATION | ENTITY NUMBER |
|---|---|
| KATERRA INC. | E0435002015-6 |

FOR THE FILING PERIOD OF 2018 TO 2019. DUE BY 9/30/2018

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer or other person authorized by the corporation must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional officers, attach a list of them to this form.
3. Return the complete form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State Business License fee is $500.00 / $200.00 (for Professional Corporations filed pursuant to NRS Chapter 89) Effective 2/1/2010, $100.00 must be added for failure for file form by deadline.
5. Make your check payable to the Secretary of State.
6. Ordering Copies: If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

ANNUAL LIST FILING FEE: $150.00  LATE PENALTY: $75.00          BUSINESS LICENSE FEE: $500.00 / $200.00 if NRS Chapter 89
                                                                                  LATE PENALTY: $100.00

Filed in the Office of /s/ Barbara K. Cegavske
Secretary of State
State Of Nevada

Business Number: E0435002015-6
Filing Number: 20180321410-52
Filed On: 07/20/2018
Number of Pages: 1

ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee.

NOTE: If claiming an exemption, a notorized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

☐ This corporation is a publicly traded corporation. The Central Index Key number is: _____

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

| NAME: | MICHAEL MARKS | TITLE(S): | PRESIDENT (OR EQUIVALENT OF) | | |
|---|---|---|---|---|---|
| ADDRESS: | 2494 SAND HILL RD. STE 100 | CITY: | MENLO PARK | ST: CA | ZIP: 94025 |
| NAME: | JOANNE SOLOMON | TITLE(S): | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS: | 2494 SAND HILL RD., SUITE 100 | CITY: | MENLO PARK | ST: CA | ZIP: 94025 |
| NAME: | JOANNE SOLOMON | TITLE(S): | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS: | 2494 SAND HILL RD. STE 100 | CITY: | MENLO PARK | ST: CA | ZIP: 94025 |
| NAME: | JOANNE SOLOMON | TITLE(S): | DIRECTOR | | |
| ADDRESS: | 2494 SAND HILL RD. STE 100 | CITY: | MENLO PARK | ST: CA | ZIP: 94025 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** /s/ Brendan Franich

**Signature of Officer or Other Authorized Signature**

Title: VP, Legal

Date: July 20, 2018

Nevada Secretary of State List Profit
Revised: 7-1-17