UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KATERRA INC., *et al.*,[1] | ) Case No. 21-31861 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 938, 943, 946, 1047,** |
| | ) **1054, 1086** |

**NOTICE OF FILING OF THIRD AMENDED PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE THAT** on September 16, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Filing of Plan Supplement* [Docket No. 1047] (the "Plan Supplement").[2]

**PLEASE TAKE FURTHER NOTICE THAT** on September 17, 2021, the Debtors filed the *Notice of Filing of Amended Plan Supplement* (the "Amended Plan Supplement") [Docket No. 1054]. The Amended Plan Supplement includes an amended **Schedule B(ii)** listing retained causes of action related to certain transfers.

**PLEASE TAKE FURTHER NOTICE THAT** on September 23, 2021, the Debtors filed the *Notice of Filing of Second Amended Plan Supplement* (the "Second Amended Plan Supplement") [Docket No. 1086]. The Second Amended Plan Supplement includes an amended **Exhibit C** identifying the Plan Administrator and the terms of the Plan Administrator's compensation.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file this *Notice of Filing of Third Amended Plan Supplement* (this "Third Amended Plan Supplement"), which includes the following documents (and redlines showing changes, if applicable), as may be modified, amended, or supplemented from time to time:

| | |
|---|---|
| **Exhibit A** | Schedule of Assumed Executory Contracts and Unexpired Leases |
| **Exhibit B** | Schedule of Retained Causes of Action |
| **Exhibit F** | Non-Released D&O Parties |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/katerra. The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 9305 East Via de Ventura, Scottsdale, Arizona 85258.

[2] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan or Disclosure Statement, as applicable.

**Notwithstanding the foregoing, pursuant to the Plan and the Disclosure Statement Order, the Debtors have the right to amend the documents contained in, and exhibits to, the Plan Supplement through the Effective Date pursuant to the terms of the Plan.**

This Third Amended Plan Supplement shall be deemed incorporated into and part of the Plan as if set forth therein in full. In the event of an inconsistency between the Plan and any document included in the Third Amended Plan Supplement, the terms of the relevant provision in the Third Amended Plan Supplement document shall control (unless stated otherwise in such Third Amended Plan Supplement document or in the Confirmation Order). In the event of an inconsistency between the Plan or the Third Amended Plan Supplement and the Confirmation Order, the Confirmation Order shall control.

Houston, Texas
October 20, 2021

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | Christine A. Okike, P.C. (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
| jwertz@jw.com | christine.okike@kirkland.com |
| *Co-Counsel to the Debtors* | - and - |
| *and Debtors in Possession* | |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Joshua M. Altman (admitted *pro hac vice*) |
| | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: josh.altman@kirkland.com |
| | *Co-Counsel to the Debtors* |
| | *and Debtors in Possession* |

**Certificate of Service**

      I certify that on October 20, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                    */s/ Matthew D. Cavenaugh*
                                    Matthew D. Cavenaugh

# Exhibit F

**Non-Released D&O Parties**

## Non-Released D&O Parties

IF YOU WERE AN OFFICER OR DIRECTOR OF THE DEBTORS AT ANY TIME AND YOUR CLAIMS HAVE NOT PREVIOUSLY BEEN RELEASED BY THE DEBTORS, CAUSES OF ACTION MAY BE BROUGHT AGAINST YOU WHETHER OR NOT YOUR NAME HAS BEEN INCLUDED ON THIS SCHEDULE.

| Name | Position | Debtor |
|---|---|---|
| ALVAREZ, TIM | VP | Katerra Architecture LLC; Katerra Engineering LLC |
| BHAT, RAVI | VP Engineering Operations | Katerra Inc. |
| BURKE, SEAN | President | Dangoo Electronics (USA) Co. Ltd. |
| CAULFIELD, JIM | VP and Authorized Officer | Katerra Construction LLC |
| CAULFIELD, ROB | VP and Authorized Officer | Katerra Construction LLC |
| CHEN, GA-LANE | Director | Katerra Inc. |
| CURTIS, CRAIG | President/CEO | Lord, Aeck & Sargent, Inc. |
| FELICE, RICK | VP and Authorized Officer | Katerra Construction LLC |
| FIFER, KATHERINE | Treasurer | AlgoSquare Inc.; CAPGro Construction Management, LLC; Dangoo Electronics (USA) Co. Ltd.; Hillsboro 1 Project LLC; Hillsboro 2 Project LLC; Katerra Construction LLC; Katerra Inc.; Katerra Pearson Ranch Investment LLC; Katerra Pegasus RiNo Investment LLC; Katerra RO2 Knipe Village Investment LLC; Katerra XSC Houston Investment LLC; Kirkland 1 Project LLC; Kirkland 2 Project LLC; Lord, Aek & |

1

|  |  | Sargent, Inc.; Roots Software, LLC; UEB Builders, Inc. |
| --- | --- | --- |
| FISHER, ADAM | Director | Katerra Inc. (Cayman) |
| FRANICH, BRENDAN | Secretary and Director | AlgoSquare Inc.; CAPGro Construction Management, LLC; Dangoo Electronics (USA) Co.; Hillsboro 1 Project LLC; Hillsboro 2 Project LLC; Katerra Affordable Housing, LLC; Katerra Inc.; Katerra Pearson Ranch Investment LLC; Katerra Pegasus RiNo Investment LLC; Katerra RO2 Knipe Village Investment LLC; Katerra XSC Houston Investment LLC; Kirkland 1 Project LLC; Kirkland 2 Project LLC; Lord, Aeck & Sargent, Inc.; Roots Software, LLC; UEB Builders, Inc. |
| FRANICH, BRENDAN | President, Chief Executive Officer, Secretary, and Director | Apollo Technologies, Inc. |
| FRANICH, BRENDAN | Vice President and Director | Katerra Architecture LLC |
| FRANICH, BRENDAN | Director | Katerra Engineering LLC; Valpico Glenbriar Apartments LLC; WM Aviation, LLC |
| FRANICH, BRENDAN | Manager | Kirkland 1 Project MM LLC |
| HOOPES, JEFF | Director | Katerra Inc. |
| HUI, JOHN | Director | Katerra Inc. |
| JAEGERS, ERIC | VP and Authorized Officer | Katerra Construction LLC |
| KEILTY, TOM | VP and Authorized Officer | Katerra Construction LLC |
| KHAN, NEJEEB | Head of Design & Business Strategy | Katerra Inc. |

| KIBSGAARD, PAAL | Director | AlgoSquare Inc.; CAPGro Construction Management, LLC; Hillsboro 1 Project LLC; Hillsboro 2 Project LLC; Katerra Affordable Housing, LLC; Katerra Construction LLC; Katerra Inc. (Cayman); Katerra Pearson Ranch Investment LLC; Katerra Pegasus RiNo Investment LLC; Katerra RO2 Knipe Village Investment LLC; Katerra XSC Houston Investment LLC; Kirkland 1 Project LLC; Kirkland 2 Project LLC; Roots Software, LLC; UEB Builders, Inc.; Valpico Glenbriar Apartments LLC |
|---|---|---|
| KIBSGAARD, PAAL | President and Director | Dangoo Electronics (USA) Co. Ltd. |
| KIBSGAARD, PAAL | Chief Executive Officer/ Director | Katerra Inc. |
| KIBSGAARD, PAAL | Manager and Director | WM Aviation, LLC |
| KIM, SUSAN | Secretary/Treasurer | Katerra Inc. (Cayman) |
| KNIGHT, BRAD | Director | Katerra Inc. |
| LANGE, MARK | Vice President | Lord, Aeck & Sargent, Inc. |
| MARKS, MICHAEL | Director | Katerra Inc.; Katerra Inc. (Cayman) |
| MARSH, MATTHEW | Chief Financial Officer | Apollo Technologies, Inc.; CAPGro Construction Management, LLC; Dangoo Electronics (USA) Co. Ltd.; Katerra Construction LLC; Lord, Aeck & Sargent, Inc.; Roots Software, LLC |
| MARSH, MATTHEW | Director | Katerra Inc.; Katerra RO2 Knipe Village Investment |

|  |  | LLC; Katerra XSC Houston Investment LLC |
|---|---|---|
| MARSH, MATTHEW | Manager and Director | Katerra Pearson Ranch Investment LLC |
| MARSH, MATTHEW | Manager | Kirkland 1 Project MM LLC; Kirkland 2 Project LLC; WM Aviation, LLC |
| MEHTA, NEIL | Director | Katerra Inc. |
| OBRIEN, JAMES SCOTT | Vice President | Lord, Aeck & Sargent, Inc. |
| PICARD, LISA | Director | Katerra Inc. (Cayman) |
| RANDALL, MARK | Director | Katerra Inc. |
| REED, KATRINA | Vice President | Katerra Architecture LLC; Katerra Engineering LLC |
| SHIVRAM, KRISHNA | Financial Advisor to the CEO | Katerra Inc. |
| SMITH, ZACH | Director and Officer | Bristlecone 28th Ave, LLC; Bristlecone Residential, LLC; Edge @ LoHi, LLC |
| SOLOMON, JOANNE | Chief Financial Officer | Katerra Inc. (Cayman) |
| TACHOUET, MATT[1] | Global Corporate Controller | Katerra Inc. |
| WATSON, WILLIAM | Vice President | Katerra Engineering LLC |
| WEAVER, KYLE | Vice President and Authorized Officer | Katerra Affordable Housing, LLC |
| YEUNG, ALAN | Director | Katerra Inc. (Cayman) |

---

[1] Any recovery on any Causes of Action against Matt Tachouet, including by way of settlement or judgment, shall be satisfied solely by and to the extent of the proceeds of the Debtors' available insurance policies covering such Causes of Action.

4