**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KATERRA INC., by and through Daniel R. Williams, as Plan Administrator on behalf of Katerra Inc. and related debtors,<br><br>     Plaintiff,<br><br>  v.<br><br>MICHAEL E. MARKS, MATTHEW M. MARSH, GA-LANE CHEN, ADAM FISHER, JEFF HOOPES, JOHN HUI, PAAL KIBSGAARD, BRAD KNIGHT, NEIL MEHTA, LISA PICARD, MARK RANDALL, TREVOR SCHICK, KRISHNA SHIVRAM, JOANNE SOLOMON, MATT TACHOUET, and ALAN YEUNG,<br><br>     Defendants. | Civil Action No. 22-CV-00271-CJB |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as to all parties and claims, with each party to bear its own costs and attorneys' fees.

Dated:  August 16, 2024

| | |
|---|---|
| Of Counsel:<br><br>FOX ROTHSCHILD LLP<br>William H. Stassen (*pro hac vice*)<br>2000 Market St., 20th Floor<br>Philadelphia, PA  19103<br>Telephone:  (215) 299-2853<br>Facsimile:  (215) 299-2150<br>wstassen@foxrothschild.com<br><br>FOX ROTHSCHILD LLP<br>Elizabeth C. Viele (*pro hac vice*)<br>1010 Park Avenue, Suite 1700<br>New York, NY  10178<br>Telephone:  (212) 878-7900<br>Facsimile:  (212) 692-0940<br>eviele@foxrothschild.com<br><br>FOX ROTHSCHILD LLP<br>Michael A. Sweet<br>345 California Street, Suite 2200<br>San Francisco, CA  94014<br>Telephone:  (415) 364-5540<br>Facsimile:  (415) 391-4436<br>msweet@foxrothschild.com | FOX ROTHSCHILD LLP<br><br>*/s/ Sidney S. Liebesman*<br>Sidney S. Liebesman (No. 3702)<br>E. Chaney Hall (No. 5491)<br>Kasey DeSantis (No. 5882)<br>919 North Market Street, Suite 300<br>Wilmington, DE  19899<br>Telephone:  (302) 654-7444<br>Facsimile:  (302) 656-8920<br>sliebesman@foxrothschild.com<br>chall@foxrothschild.com<br>kdesantis@fosrothschild.com<br><br>*Counsel to Katerra Inc., by and through Daniel R. Williams, as Plan Administrator on behalf of Katerra Inc. and related debtors, except with respect to matters involving the following insurers:  ACE American Insurance Company and Chubb Ltd.; Starr Indemnity & Liability Company, Allied World Specialty Insurance Company; Market American Insurance Company; and Argonaut Insurance Company* |
| Of Counsel:<br><br>Brett Ingerman (*pro hac vice*)<br>DLA PIPER LLP (US)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600<br>Telephone: (410) 580-4177<br>Facsimile: (410) 580-3177<br>Brett.ingerman@dlapiper.com | DLA PIPER LLP (US)<br><br>*/s/ R. Craig Martin*<br>R. Craig Martin (No. 5032)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE  19801<br>Telephone:  (302) 468-5700<br>Facsimile:  (302) 394-2341<br>craig.martin@us.dlapiper.com<br><br>*Counsel to Katerra, Inc., by and through Daniel R. Williams as Plan Administrator on behalf of Katerra Inc. and related debtors* |

2

| | WILSON SONSINI GOODRICH & ROSATI, P.C. |
|---|---|
| Of Counsel:<br><br>Caz Hashemi (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>(650) 493-9300<br>chashemi@wsgr.com<br><br>Eric P. Tuttle (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>701 Fifth Avenue, Ste. 5100<br>Seattle, WA  98104<br>(206) 883-2500<br>eric.tuttle@wsgr.com<br><br>John I. Karin (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>(212) 999-5800<br>jkarin@wsgr.com | */s/ Brad D. Sorrels*<br>Brad D. Sorrels (No. 5233)<br>Kaitlin E. Maloney (No. 6304)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>(302) 304-7600<br>bsorrels@wsgr.com<br>kmaloney@wsgr.com<br><br>*Counsel for Defendants Michael E. Marks, Matthew M. Marsh, Jeff Hoopes, Trevor Schick, Brad Knight, and Matt Tachouet* |
| Of Counsel:<br><br>EHRLICH & CRAIG LLP<br><br>Miles Ehrlich (*pro hac vice*)<br>Amy Craig (*pro hac vice*)<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>(510) 548-3600<br>miles@ehrlich-craig.com<br>amy@ehrlich-craig.com<br><br>*Counsel for Defendants Matthew M. Marsh, Jeff Hoopes, Trevor Schick, Brad Knight, and Matt Tachouet* | |

3

| | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
|---|---|
| Of Counsel:<br><br>Gregory J. Phillips (*pro hac vice*)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH  44114-2378<br>Telephone:  (216) 363-4472<br>Facsimile:  (216) 363-4588<br>gphillips@beneschlaw.com | */s/ Steven L. Walsh*<br>Steven L. Walsh (No. 6499)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE  19801<br>Telephone:  (302) 442-7010<br>Facsimile:  (302) 442-7012<br>swalsh@beneschlaw.com<br><br>*Counsel for Lisa Picard and Mark Randall* |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Of Counsel:<br><br>Shannon M. Eagan (*pro hac vice*)<br>Greg Merchant (*pro hac vice*)<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:  (650) 843-5000<br>seagan@cooley.com<br>gmerchant@cooley.com<br><br>Aric Wu (*pro hac vice*)<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001<br>212-479-6550<br>ahwu@cooley.com | */s/ D. McKinley Measley*<br>D. McKinley Measley (No. 5108)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone:  (302) 658-9200<br>dmeasley@morrisnichols.com<br><br>*Counsel to Defendant Joanne Solomon* |
| | MORRIS JAMES LLP |
| Of Counsel:<br><br>David Gerger<br>GERGER HENNESSY MARTIN & PETERSON LLP<br>700 Louisiana Street<br>Suite 2300<br>Houston, TX 77002<br>(713) 224-4400<br>dgerger@ghmfirm.com | */s/ Tyler O'Connell*<br>Tyler O'Connell (No. 4514)<br>Kirsten A. Zeberkiewicz (No. 4573)<br>Sarah M. Ennis (No. 5745)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>Telephone:  (302) 888-6892<br>TOConnell@morrisjames.com<br>kzeberkiewicz@morrisjames.com<br>sennis@morrisjames.com |

4

| | |
|---|---|
| | *Counsel to Defendants Krishna Shivram and Paal Kibsgaard* |
| Of Counsel:<br><br>Robert Platt (*pro hac vice*)<br>MANATT, PHELPS & PHILLIPS, LLP<br>2049 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067<br>310.312.4221<br>rplatt@manatt.com<br><br>Joshua Drian (*pro hac vice*)<br>MANATT, PHELPS & PHILLIPS, LLP<br>1050 Connecticut Ave. NW<br>Suite 600<br>Washington, DC 20036<br>202.585.6625<br>jdrian@manatt.com<br><br>Joseph N. Dorfman (*pro hac vice*)<br>Ron M. Dorfman (*pro hac vice*)<br>DORFMAN LAW FIRM<br>1641 20th Street<br>Santa Monica, CA  90404<br>Telephone:  (310) 266-0683<br>ron@dorfmanlawfirm.com<br>joseph@dorfmanlawfirm.com | SHAW KELLER LLP<br><br>*/s/ John W. Shaw*<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Emily S. DiBenedetto (No. 6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Counsel to Defendants John Hui, Ga-Lane Chen, and Alan Yeung* |
| | MILLBANK LLP<br><br>*/s/ Alan J. Stone*<br>Alan J. Stone (No. 2677)<br>55 Hudson Yards<br>New York, NY  10001-2163<br>Telephone:  (212) 530-5000<br>Facsimile:  (212) 530-5219<br>astone@milbank.com<br><br>*Counsel to Defendants Adam Fisher and Neil Mehta* |

5

SO ORDERED this _____ day of _____, 2024.

_____

Magistrate Judge Christopher J. Burke